UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON KIMBER,

    Plaintiff,

v.

JOHN MURPHY, et al.,

    Defendants.

_____/

Case No. 1:16-cv-365

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: January 7, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge